```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THERESA D'JAMOOS, as Executrix :    CIVIL ACTION
of the Estate of Dawn          :
Elizabeth Weingeroff, et al.   :
                               :
                               :
v.                             :
                               :    NO. 07-1153
                               :    CONSOLIDATED ACTION
PILATUS AIRCRAFT LTD., et al.  :
```

ORDER

AND NOW, this 1st day of October, 2009, upon consideration of the plaintiffs' request that the claims against Pilatus Aircraft, Ltd., be severed and transferred to a Federal District Court in Colorado (Docket No. 77), and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the motion is GRANTED.

The plaintiffs' claims against Pilatus Aircraft, Ltd., are hereby severed and transferred to a Federal District Court in Colorado.

BY THE COURT:


/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.